FILED: October 3, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1211
(5:21-cv-00491-BO)

_____

PATRICK D. LANDS

    Plaintiff - Appellant

v.

CITY OF RALEIGH

    Defendant - Appellee

_____

O R D E R

_____

The court defers consideration of the motion to consolidate pending review of the appeal on the merits.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk